UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE JOHNSON,<br><br>　　　　　　Plaintiff,<br>v.<br>PARK MANAGEMENT CORP., et al,<br><br>　　　　　　Defendants. | No. 2:17-cv-2218-MCE-GGH<br><br><br>ORDER |

The parties to this action have stipulated through their respective counsel to extend the time for defendant to file a responsive pleading to December 12, 2017. Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Stipulation for extending defendant's time to respond to the Complaint to December 12, 2017 is GRANTED.

**IT IS SO ORDERED**.

DATED: November 15, 2017

　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1