UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PARK MANAGEMENT CORP., a California Corporation; and Does 1-10,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02218-MCE-GGH<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: October 31, 2017<br>Current Response Date: December 12, 2017<br>New Response Date: January 15, 2018<br><br>Trial Date: None Set.<br>District Judge: Hon. Morrison C. England, Jr. |

| | |
|---|---|
| 1 | Upon considering the parties' Stipulation and Request to Extend Time to file an |
| 2 | answer to Initial Complaint: |
| 3 | IT IS HEREBY ORDERED THAT the deadline for defendant Park Management |
| 4 | Corp in this case shall be extended to January 15, 2018. |
| 5 | IT IS SO ORDERED. |
| 6 | Dated: December 12, 2017 |

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE