UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>PARK MANAGEMENT CORP., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:17-CV-02218-MCE-DB<br><br>**ORDER** |

    The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

    IT IS SO ORDERED.

Dated: March 13, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE