UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE JOHNSON, <br> Plaintiff, <br> v. <br> PARK MANAGEMENT CORP., a California Corporation; and Does 1-10, <br> Defendants. | Case: 2:17-cv-02218-MCE-DB <br><br> **ORDER OF DISMISSAL** |

In accordance with the joint stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing, this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: April 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE